UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ADRIANA DIAZ § Case No. 10-01419
§ Hon. JACQUELINE P. COX
§ Chapter 7
§
§
Debtor(s)

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street-7th Floor-Chicago, IL 60604

Any person wishing to object to any Fee Application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objection upon the trustee, any party whose Application is being challenged and the United States Trustee. A hearing on fee applications and any objection to the Final Report will be held at 9:30a.m. on JULY 22, 2010 in Courtroom 619, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By: /s/ Clerk US Bankruptcy Court
(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street - Suite 910 - Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ADRIANA DIAZ § Case No. 10-01419
§ Hon. JACQUELINE P. COX
§ Chapter 7
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $7,488.33 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $7,488.33 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee ALLAN J. DeMARS | $1,498.33 | $5.50 |
| *Attorney for trustee* | | |
| *Appraiser* | | |
| *Auctioneer* | | |
| *Accountant* | | |
| *Special Attorney for trustee* | | |
| Charges, U.S. Bankruptcy Court | | |
| Fees, United States Trustee | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $37,995.64 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.7 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | FIA Card Services NA, successor to Bank of America and MBNA | $6,306.08 | $993.16 |
| 2 | FIA Card Services NA, successor to Bank of America and MBNA | $6,019.09 | $947.96 |
| 3 | FIA Card Services NA, successor to Bank of America and MBNA | $4,976.42 | $783.74 |
| 4 | Sallie Mae | $10,729.37 | $1,689.79 |
| 5 | Sallie Mae | $9,964.68 | $1,569.35 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ____ percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |
| | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____$0.00_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be __0__ percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |
| | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____$0.00_____.

Prepared By: /s/ ALLAN J. DeMARS
                                    Trustee

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street
Suite 910
Chicago, IL 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: corrinal              Page 1 of 1                  Date Rcvd: Jun 22, 2010
Case: 10-01419                Form ID: pdf006             Total Noticed: 23


The following entities were noticed by first class mail on Jun 24, 2010.
db           +Adriana Diaz,    2328 W. Oakton,    Park Ridge, IL 60068-1824
aty          +Konstantine T. Sparagis,    Law Offices of Konstantine Sparagis  P C,     8 S  Michigan Ave  27th Fl,
               Chicago, IL 60603-3357
aty          +Tim H Spruce,    Law Offices of Konstantine Sparagis,    8 S Michigan Street 2700,
               Chicago, IL 60603-3327
tr           +Allan J DeMars,    Spiegel & Demars,    100 W Monroe St Ste 910,     Chicago, IL 60603-1957
14964654     +Associate Area Counsel, SB/SE,    200 West Adams Street,     Ste. 2300,    Chicago, IL 60606-5231
14964656      Bank Of America,    4060 Ogletown/Stan,    Newark, DE 19713
14964655     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
14964659     +Bonded Collection Corp.,    29 E. Madison St.,    Ste. 1650,     Chicago, IL 60602-4435
14964660     +Citi,   Po Box 6000,    The Lakes, NV 88901-6000
14964661     +City of Chicago,    The Dept. of Water Mgmt.,    Po Box 6330,     Chicago, IL 60680-6330
14964662     +Codilis & Associates,    15W030 N. Frontage Road, Ste. 100,     Willowbrook, IL 60527-6921
14964663     +D. Patrick Mullarkey, Tax Division,    PO Box 55,    Ben Franklin Station,
               Washington, DC 20044-0055
14964664     +Diversified Adjustment,    600 Coon Rapids Blvd Nw,    Coon Rapids, MN 55433-5549
14964665     +GMAC,    Attn: Bankruptcy,    1100 Virginia Dr.,    Fort Washington, PA 19034-3204
14964667    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,     Mail Stop 5010 CHI,
               230 S. Dearborn Street,    Chicago, IL 60604)
14964666    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,     PO Box 21126,    Philadelphia, PA 19114)
14964668     +Peoples Gas,    C/O Bankruptcy Department,    130 E. Randolph Dr.,     Chicago, IL 60601-6302
14964669     +Sallie Mae,    11100 Usa Pkwy.,    Fishers, IN 46037-9203
15568442      Sallie Mae Inc. on behalf of,    Department of Education,     P.O. Box 740351,
               Atlanta, GA. 30374-0351
14964670     +United States Attorney,    219 S. Dearborn Street,    Chicago, IL 60604-1708
14964671     +Williams Landscaping, Inc.,    Po Box 30093,    Chicago, IL 60630-0093
15568432     +sallie mae,    c/o sallie mae inc.,    220 lasley ave.,    wilkes-barre pa 18706-1496
The following entities were noticed by electronic transmission on Jun 23, 2010.
15463288      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 23 2010 03:18:22
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK   73124-8809
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14964657*     Bank Of America,    4060 Ogletown/Stan,    Newark, DE 19713
14964658*     Bank of America,    4060 Ogletown/Stan,    Newark, DE 19713
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 24, 2010**                              **Signature:** *Joseph Speetjens*