UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ADRIANA DIAZ

§ Case No. 10-01419
§ Hon. JAQUELINE P. COX
§ Chapter 7
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $185,745.00 | Assets Exempt: | $38,000.00 |
| Total Distributions to Claimants: | $5,984.00 | Claims Discharged Without Payment: | $398,359.64 |
| Total Expenses of Administration: | $1,504.33 | | |

3) Total gross receipts of $7,488.33 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $7,488.33 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $349,800.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $1,504.33 | $1,504.33 | $1,504.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $50,690.00 | $37,995.64 | $37,995.64 | $5,984.00 |
| **TOTAL DISBURSEMENTS** | $400,490.00 | $39,499.97 | $39,499.97 | $7,488.33 |

4) This case was originally filed under chapter  7  on 01/15/2010 .
The case was pending for    7  months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/17/2010                            By: /s/ ALLAN J. DeMARS
                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| tax refunds | 1224-000 | $7,487.00 |
| interest on invested funds | 1270-000 | $1.33 |
| **TOTAL GROSS RECEIPTS** | | **$7,488.33** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IGMAC | | $349,800.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | **$349,800.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Allan J. DeMars | 2100-000 | N/A | $1,498.83 | $1,498.83 | $1,498.83 |
| Allan J. DeMars | 2200-000 | N/A | $5.50 | $5.50 | $5.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | $1,504.33 | $1,504.33 | $1,504.33 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | N/A | $0.00 | $0.00 | $0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE | | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIA Card Services successor to Bank of America | 7100-900 | $6,306.00 | $6,306.08 | $6,306.08 | $993.16 |
| FIA Card Services successor to Bank of America | 7100-900 | $6,019.00 | $6,019.09 | $6,019.09 | $947.96 |
| FIA Card Services successor to Bank of America | 7100-900 | $4,976.00 | $4,976.42 | $4,976.42 | $783.74 |
| Sallie Mae | 7100-000 | $16,841.00 | $20,694.05 | $20,694.05 | $3,259.14 |

UST Form 101-7-TDR (9/1/2009)

| | | | | |
|---|---|---|---|---|
| 6 additional unsecured claims where no proof of claim filed | $16,548.00 | $0.00 | $0.00 | $0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | $50,690.00 | $37,995.64 | $37,995.64 | $5,984.00 |

UST Form 101-7-TDR (9/1/2009)

# EXHIBIT 8 - FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No. 10-01419

Case Name: ADRIANA DIAZ

Trustee Name: Allan J. DeMars

For Period Ending: 12/31/10

Date Filed (f) or Converted (c): 1/15/10 (F)

$341(a) Meeting Date: 2/18/10

Claims Bar Date: 5/28/10

| Ref # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§ 554(a) abandon DA=§ 554(c) abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 |
| 1 | real estate at 3312 N. Kilpatrick, Chicago | 183,500.00 | 0.00 | DA | | FA |
| 2 | cash | 50.00 | 0.00 | DA | | FA |
| 3 | checking account Chase | 700.00 | 0.00 | DA | | FA |
| 4 | checking acct Bank of America | 30.00 | 0.00 | DA | | FA |
| 5 | checking account Chase | 15.00 | 0.00 | DA | | FA |
| 6 | household goods | 1,500.00 | 0.00 | DA | | FA |
| 7 | collectibles | 50.00 | 0.00 | DA | | FA |
| 8 | clothing | 600.00 | 0.00 | DA | | FA |
| 9 | costume jewelry | 300.00 | 0.00 | DA | | FA |
| 10 | term life insurance | 0.00 | 0.00 | DA | | FA |
| 11 | 401(k) | 7,000.00 | 0.00 | DA | | FA |
| 12 | child support | 24,000.00 | 0.00 | DA | | FA |
| 13 | 2003 Toyota RAV4 | 6,000.00 | 0.00 | DA | | FA |
| 14 | federal tax refund(u) | 6,740.00 | 6,740.00 | | 6,740.00 | FA |
| 15 | State tax refund (u) | 747.00 | 747.00 | | 747.00 | FA |
| 16 | interest on invested funds | | | | 1.33 | |
| TOTALS (Excluding unknown values) | | 7,487.00 | 7,488.33 | | | |

Major activities affecting case closing: obtain tax refunds

Initial Projected Date of Final Report (TFR): June, 2010    Current Projected Date of Final Report (TFR): 6/2/10

Case No.: 10-01419
Case Name: ADRIANA DIAZ
Taxpayer ID#: 27-6509211
For Period Ending: 12/31/10

Trustee's Name: Allan J. DeMars
Bank Name: LaSalle Bank
Initial CD #: CDI
Blanket bond (per case limit): 5,000,000
Separate bond (if applicable):
Money Market #: 375 556 5127

# EXHIBIT 9 - FORM 2
## CASH RECEIPTS AND DISBURSEMENT RECORDS

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 3/18/10 | Ref 14 | from debtor | turn over of federal tax refund | 1224-000 | 6,740.00 | | 6,740.00 |
| 3/30/10 | Ref 15 | from debtor | turn over of state tax refund | 1224-000 | 747.00 | | 7,487.00 |
| 3/31/10 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 0.18 | | 7,487.18 |
| 4/30/10 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 0.62 | | 7,487.80 |
| 5/27/10 | Ref 16 | Bank of America | interest on invested funds | 1270-000 | 0.53 | | 7,488.33 |
| 7/22/10 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,498.83 | 5,989.50 |
| 7/22/10 | Check 1002 | Allan J. DeMars | reimbursement of costs | 2200-000 | | 5.50 | 5,984.00 |
| 7/22/10 | Check 1003 | FIA Card Services successor to Bank of American and MBNA | 726(a)(2) | 7100-900 | | 993.16 | 4,990.84 |
| 7/22/10 | Check 1004 | FIA Card Services successor to Bank of American and MBNA | 726(a)(2) | 7100-900 | | 947.96 | 4,042.88 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 7/22/10 | Check 1005 | FIA Card Services successor to Bank of American and MBNA | 726(a)(2) | 7100-900 | | 783.74 | 3,259.14 |
| 7/22/10 | Check 1006 | Sallie Mae | 726(a)(2) | 7100-000 | | 1,689.79 | 1,569.35 |
| 7/22/10 | Check 1007 | Sallie Mae | 726(a)(2) | 7100-000 | | 1,569.35 | 0.00 |

|  | COLUMN TOTALS | 7,488.33 | 7,488.33 | |
|---|---|---|---|---|
|  |  | NET DEPOSITS | NET DISBURSEMENTS | MONEY BALANCES |

TOTAL – ALL ACCOUNTS
Checking#                                                                  7,488.33        7,488.33         0.00
Money Market # 375 556 5127                                                7,488.33        7,488.33         0.00
Savings #
CD #CDI
Net                                                                        7,488.33        7,488.33         0.00
                                                                Excludes account    Excludes payments    Total Funds
                                                                    transfers         to debtor          on Hand

Net